# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brasher, Andrew L. | United States Court of Appeals for the Eleventh Circuit | 5/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 1/1/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

1729 Fifth Ave. N.
Birmingham AL 35203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 5/1/2019 | Defined Benefit Pension Plan with State of Alabama |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brasher, Andrew L. | 5/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Employment as Analyst, Ram Rool & Supply Co. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Brasher, Andrew L. | 5/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brasher, Andrew L. | 5/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Alabama Power Credit Union | B | Interest | L | T | | | | | |
| 2.  Vanguard Target Retirement 2045 Fund | C | Int./Div. | M | T | | | | | |
| 3.  Vanguard Target Retirement 2050 Fund | A | Int./Div. | | | Sold | 09/08/20 | L | D | |
| 4.  Vanguard Growth Index Fund | A | Int./Div. | | | Sold | 09/08/20 | M | B | |
| 5.  Vanguard Cash Reserves Federal Money Markt (VMRXX) | A | Int./Div. | N | T | Buy | 09/08/20 | N | | |
| 6.  Vanguard Windsor II Fund | B | Int./Div. | L | T | | | | | |
| 7.  Vanguard Wellington Fund | A | Int./Div. | | | Sold | 02/27/20 | K | D | |
| 8.  Vanguard Strategic Small-Cap Equity Fund | A | Int./Div. | J | T | | | | | |
| 9.  Vanguard Short-Term Investment Grade Fund | A | Int./Div. | | | Sold | 02/26/20 | K | A | |
| 10.  Vanguard Dividend Growth Fund | B | Int./Div. | | | Sold | 02/27/20 | K | D | |
| 11.  Vanguard Federal Money Market Fund | A | Int./Div. | J | T | | | | | |
| 12.  Vanguard Growth & Income Fund | A | Int./Div. | | | Sold | 02/27/20 | K | D | |
| 13.  Vanguard Energy ETF | A | Int./Div. | J | T | | | | | |
| 14.  Vanguard FTSE Developed Markets ETF | A | Int./Div. | J | T | | | | | |
| 15.  Vanguard Intermediate Term Corporate Bond ETF | A | Int./Div. | J | T | | | | | |
| 16.  Enterprise Products Partners L.P. Common Stock (EPD) | A | Int./Div. | | | Sold | 02/26/20 | J | B | |
| 17.  Kinder Morgan Inc. Common Stock (KMI) | A | Int./Div. | | | Sold | 02/26/20 | J | B | |

1 Income Gain Codes:       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes              J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3 Value Method Codes       Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment       T =Cash Market
(See Column C2)            U =Book Value            V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Brasher, Andrew L. | 5/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Nustar Energy LP Common Stock (NS) | A | Int./Div. | | | Sold | 02/26/20 | J | A | |
| 19. | Uniti Group Inc. Common Stock (UNIT) | A | Int./Div. | | | Sold | 02/26/20 | J | A | |
| 20. | GuideStone Funds Growth Allocation Fund | A | Int./Div. | J | T | | | | | |
| 21. | American Beacon Bridgeway Large Cap Value Fund (BRLVX | A | Int./Div. | | | Sold | 05/26/20 | K | A | |
| 22. | Columbia Mid Cap Index Fund (CPXRX) | A | Int./Div. | | | Sold | 05/26/20 | K | A | |
| 23. | Morgan Stanley Institutional Fund, Inc (MSEQX) | A | Int./Div. | K | T | | | | | |
| 24. | Fidelity Mid Cap Index Fund (FSMDX) | A | Int./Div. | K | T | Buy | 05/26/20 | K | | |
| 25. | JPMorgan Equity Income Fund (OIEJX) | A | Int./Div. | K | T | Buy | 05/26/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brasher, Andrew L.** | 5/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re: Part II Agreement:  I made contributions to a defined benefit pension plan with my previous employer, but I was never vested and am not eligible for a pension.  I am eligible to withdraw the contributions, which I intend to do.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Andrew L. Brasher**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544